### THE STATE OF KANSAS v. C. McMANUS.
**No. 13,431.** (74 Pac. 1133.)

Appeal from Kingman district court; P. B. GILLETT, judge.   Opinion filed November 7, 1903.   Affirmed.

*W. M. Wallace,* for The State.
*Fairchild & Calkin,* for appellant.

*Per Curiam:* Defendant, tried and convicted of selling intoxicating liquors and maintaining a nuisance, appeals to this court.   A careful examination of the case discloses nothing new and no question of sufficient importance to merit separate consideration or the writing of an opinion.

The judgment is affirmed.